UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Counterclaimant,

vs.                                                             CIVIL ACTION NO. 5:07CV162
                                                             DCB-JMR

MISSION PRIMARY CARE CLINIC, PLLC,

    Counterclaim Defendant, and

VICKSBURG PRIMARY CARE TEAM, INC., and
MARKUS B. STANLEY,

    Cross-Claim Defendants on Counterclaim.

## ORDER

On October 22, 2008, this Court entered an Order (Doc. No. 73) granting the Motion for Extension of Time to Respond to Motion for Summary Judgment of the United States and, in doing so, extended until November 14, 2008, the time allowed Mission Primary Care Clinic, PLLC to respond to the Motion for Summary Judgment of the United States (Doc. No. 69). In that Order, the Court did not address the Response of the United States (Doc. No. 70) to the Motion.

Having now considered the request of the United States in its Response that it be granted a comparable extension of the time allowed it to respond to the Motion for Summary Judgment (Doc. No. 65) filed by Mission Primary Care Clinic, PLLC on October 15, 2008, the Court finds that this request is well taken and should be allowed.

IT IS THEREFORE ORDERED that the United States of America shall have until November 14, 2008, to file its Response to the Motion for Summary Judgment of Mission Primary Care Clinic, PLLC.

SO ORDERED this ___24th___ day of October, 2008.

                                                  __s/ David Bramlette_____
                                                  UNITED STATES DISTRICT COURT JUDGE