UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**UNITED STATES OF AMERICA**,

    Counterclaimant

VERSUS                      CIVIL ACTION NO. 5:07cv162-DCB-JMR

**MISSION PRIMARY CARE CLINIC, PLLC**,

    Counterclaim Defendant and
    Cross-claimant, and

**VICKSBURG PRIMARY CARE TEAM INC., and**
**MARKUS B. STANLEY**

    Cross-Claim Defendants on Counterclaim.

## JUDGMENT

This cause having come before the Court, following its grant of summary judgment in favor of the United States as to its claim against Mission Primary, on defendant Mission Primary's request for judgment pursuant to Federal Rule of Civil Procedure 54(b), and the Court finding no just reason for delay of entry of judgment, accordingly:

**IT IS HEREBY ORDERED,** pursuant to Rule 54(b), that judgment is hereby entered against Mission Primary in the amount of $43,200.00, plus prejudgment and postjudgment interest thereon in accordance with 26 U.S.C. § 6332(d)(1).

**SO ORDERED AND ADJUDGED**, this the 13th day of July 2009.

                                              s/ David Bramlette
                                          UNITED STATES DISTRICT JUDGE