UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Counterclaimant

VERSUS                    CIVIL ACTION NO. 5:07-cv-162-DCB-JMR

**MISSION PRIMARY CARE CLINIC, PLLC,**

    Counterclaim Defendant and
    Cross-claimant, and

**VICKSBURG PRIMARY CARE TEAM INC., and**
**MARKUS B. STANLEY**

    Cross-Claim Defendants on Counterclaim.

## ORDER

This cause is once again before the Court, this time _sua sponte_, regarding the Second Amended Final Judgment [**docket entry no. 128**], in which the Court committed a typographical error by certifying that the Judgment was entered pursuant to Federal Rule of Civil Procedure 54(d). The Judgment should have been entered pursuant to Rule 54(b), as stated in the Court's Order [docket entry no. 127]. Accordingly, the Court will immediately enter a Third Amended Final Judgment to correct this error.

**SO ORDERED**, this the 30th day of April, 2012.

                                            /s/ David Bramlette

                                         **UNITED STATES DISTRICT JUDGE**